AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| RICHARD ADJEI | CASE NUMBER: 06- 43M |

REDACTED

SEALED  UNSEALED 4/13/06  KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RICHARD ADJEI** when and as stated in the Criminal Complaint and Affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging him with** (brief description of offense)

knowingly executing and attempting to execute a scheme or artifice to obtain any of the moneys, funds, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent representations, and with, during and in relation to a felony violation of Title 18, U.S.C., § 1344, bank fraud, knowingly using, without lawful authority, the means of identification of other persons, i.e. their names and Social Security numbers,

**in violation of Title** __18__ **United States Code, Section (s)** __1344 and 1028A__ .

| | |
|---|---|
| Honorable Kent A. Jordan | United States District Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| /s/ Kent A. Jordan | |
| Signature of Issuing Officer | April 11, 2006   Wilmington, DE |
| | Date and Location |
| **Bail fixed at $** _____ | by _____ |
| | Name of Judicial Officer |

FILED  APR 1 3 2006  U.S. DISTRICT COURT  DISTRICT OF DELAWARE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 4/11/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/13/06 | JAMES J. DANZ  POSTAL INSPECTOR | /s/ James J. Danz |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____Richard Adjei_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____Bear, DE 19701_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____male_____  RACE: __Black_____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____