*Filed in open court 4/18/06*

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**RICHARD ADJEI**

### WAIVER OF PRELIMINARY
### EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **06-43M-MPT**

I, **RICHARD ADJEI**, charged in a complaint pending in this District with **BANK FRAUD AND IDENTITY THEFT**, in violation of Title **18**, U.S.C., **1344 and 1028A**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
*Defendant*

_____
*Counsel for Defendant*

April 18, 2006

**F I L E D**

APR 1 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE